UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BENJIE BLAUVELT,                       )
                                       )
                Petitioner,            )
    vs.                                ) Case No. 1:13-cv-1142-TWP-DKL
                                       )
DUSHAN ZATECKY,                        )
                                       )
                Respondent.            )

**Entry and Order Dismissing Action**

**I.**

The petition for writ of habeas corpus of Benjie Blauvelt challenging a prison disciplinary proceeding identified as No. ISR 13-04-0125 is denied and this action is dismissed with prejudice. The reasons for this ruling are that (1) the expanded record shows that all the procedural requirements of *Wolff v. McDonnell,* 418 U.S. 539, 557 (1974), were supplied, and (2) the decision itself was supported by at least "some evidence" as required by *Superintend., Mass. Corr. Inst. v. Hill,* 472 U.S. 445, 454 (1985).

The touchstone of due process is protection of the individual against arbitrary action of the government." *Wolff,* 418 U.S. at 558. There was no arbitrary action in any aspect of the charge, disciplinary proceeding, or sanctions involved in the events identified in this action, and there was no constitutional infirmity in the proceeding which entitles Blauvelt to the relief he seeks. His arguments that he was denied the protections afforded by *Wolff* and *Hill* are refuted by the expanded record. Accordingly, his petition for a writ of habeas corpus must be **denied** and the action dismissed.

## II.

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 03/25/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Benjie Blauvelt
171678
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

Electronically Registered Counsel